UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>DEBOURGH MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GSC CONSTRUCTION, INC., and<br>ALLIED WORLD SPECIALTY INSURANCE<br>COMPANY, f/k/a Darwin National Assurance<br>Company,<br><br>Defendants. | Case No. 4:16-CV-00370-CDL |

## JOINT STIPULATION OF DISMISSAL

The plaintiff and the defendants, by and through their undersigned counsel and in accordance with FRCP 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action in its entirety, including the plaintiff's complaint and defendant GSC Construction, Inc.'s counterclaim, with prejudice.

Respectfully submitted,

/s/ David H. Johnson
David H. Johnson
State Bar of Georgia # 393250
Attorney for Plaintiff

McCorkle & Johnson, LLP
319 Tattnall Street
Savannah, Georgia 31401
(912) 232-6000
dhj@mccorklejohnson.com

*SIGNATURES CONTINUED ON FOLLOWING PAGE*

1

| | |
|---|---|
| James, Bates, Brannan, Groover, LLP<br>231 Riverside Drive, Suite 100<br>Macon, Georgia 31201<br>(478) 742-4280<br>jkennedy@jamesbatesllp.com | /s/ John F. Kennedy<br>John F. Kennedy<br>State Bar of Georgia # 414830<br>Attorney for Defendant Allied World<br>Specialty Insurance Company |
| Trotter Jones, LLP<br>Walton Square<br>3527 Walton Way<br>Augusta, Georgia 30909<br>jamie@trotterjones.com | /s/ James S. V. Weston<br>James S. V. Weston<br>State Bar of Georgia # 750251<br>Attorney for Defendant GSC<br>Construction, Inc. |
| Argus Legal, PLLC<br>9255 Center St.<br>Suite 307<br>Manassas, VA 20110<br>delsordo@arguslawfirm.com | /s/ James S. DelSordo<br>James S. DelSordo<br>Attorney for Defendant GSC<br>Construction, Inc.<br><br>Q:\DATA\WPDATA\8000\8016-01 dismissal stip.docx |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Persons served:

John F. Kennedy, Esq.
James, Bates, Brannan, Groover, LLP
231 Riverside Drive, Suite 100
Macon, Georgia 31201
jkennedy@jamesbatesllp.com

James S. V. Weston, Esq.
Trotter Jones, LLP
Walton Square
3527 Walton Way
Augusta, Georgia 30909
jamie@trotterjones.com

James S. DelSordo, Esq.
Argus Legal, PLLC
9255 Center St.
Suite 307
Manassas, VA 20110
delsordo@arguslawfirm.com

This 19th day of January, 2018.

/s/ David H. Johnson
David H. Johnson
State Bar of Georgia # 393250
Attorney for Plaintiff

McCorkle & Johnson, LLP
319 Tattnall Street
Savannah, Georgia 31401
(912) 232-6000
dhj@mccorklejohnson.com